■  ANTHONY PIESCO et al., Plaintiffs, and RICHARD A. KRACKE, Appellant, v. AMERICO DI FRANCESCA et al., Constituting the Board of Trustees of the Village of Piermont, et al., Defendants, and MARY B. HARDY, Respondent.— Upon reargument, original determination (*Piesco* v. *Di Francesca*, 41 A D 2d 805) adhered to, with costs. No opinion. The original determination affirmed, without opinion, a judgment of the Supreme Court, Rockland County, dated June 15, 1972. Munder, Acting P. J., Martuscello, Latham, Gulotta and Brennan, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BLACKMAN, Appellant.— Order of the Supreme Court, Kings County, entered May 19, 1971, affirmed (cf. *People* v. *Rodriguez*, 40 A D 2d 643, affd. 33 N Y 2d 527). Martuscello, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TIMOTHY CONROY, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 8, 1973, convicting him of criminal possession of a dangerous drug in the fifth degree, upon his guilty plea, and imposing sentence of probation for a period of five years. Judgment affirmed. The evidence in this case fully supports the findings made by the Trial Justice. Based on this record there was in fact no search. Martuscello, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.